1  George Haines, Esq.
2  Nevada Bar No.: 9411
3  Gerardo Avalos, Esq.
   Nevada Bar No.: 15171
4  **FREEDOM LAW FIRM**
5  8985 S. Eastern Ave., Suite 100
   Las Vegas, Nevada 89123
6  (702) 880-5554
7  (702) 385-5518 (fax)
8  info@freedomlegalteam.com
9  *Attorneys for Deborah Desalvo*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Deborah Desalvo,<br><br>           Plaintiff,<br>v.<br><br>National Consumer Telecom & Utilities Exchange, Inc. and Clarity Services, Inc.,<br><br>           Defendants. | Case No.: 2:24-cv-01778-JCM-NJK<br><br>**[FIRST] Status Report Re: Settlement Between Deborah Desalvo and Clarity Services, Inc.** |

_____

STIPULATION                     - 1 -

The dispute between Plaintiff Deborah Desalvo ("Plaintiff") and Defendant Clarity Services, Inc. ("Defendant") has been resolved.

On October 14, 2024, Plaintiff filed a Notice of Settlement.

The parties have reached settlement terms, and the settlement agreement is awaiting final approval and signatures. Once the settlement agreement is finalized, Plaintiff will dismiss the claims against Defendant with Prejudice.

Plaintiff requests that all pending dates and filing requirements as to Plaintiff and Defendant continue to be vacated and that the Court allow the parties an additional 30 days, until on or before **January 13, 2025**, to file dismissal documents.

Dated: December 13, 2024.

Respectfully submitted,

**FREEDOM LAW FIRM**

 /s/ *George Haines*
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
*Counsel for Plaintiff Deborah Desalvo*

Dismissal papers with respect to Clarity must be filed by January 13, 2025.
IT IS SO ORDERED.
Dated:  December 16, 2024
.
.
_____
Nancy J. Koppe
United States Magistrate Judge

STIPULATION                           - 2 -