George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorneys for Plaintiff Deborah Desalvo*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Deborah Desalvo,<br><br>         Plaintiff,<br>    v.<br><br>National Consumer Telecom & Utilities Exchange, Inc. and Clarity Services, Inc.,<br><br>         Defendants. | Case No.: 2:24-cv-01778<br><br>**Stipulation for dismissal of National Consumer Telecom & Utilities Exchange, Inc. with prejudice.** |

    Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Deborah Desalvo and National Consumer Telecom & Utilities Exchange, Inc. stipulate to dismiss Plaintiff's claims against National Consumer Telecom & Utilities Exchange, Inc. with prejudice.

///
///
///
///
///

STIPULATION                                      - 1 -

Each party will bear its own costs, disbursements, and attorney fees.

Dated: January 28, 2025.

**FREEDOM LAW FIRM**

/s/ *George Haines*
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
*Counsel for Plaintiff Deborah Desalvo*

**CLARK HILL PLLC**

/s/ *Gia N. Marina*
Gia N. Marina, Esq.
Clark Hill PLLC
1700 S. Pavilion Center Drive, Suite 500
Las Vegas, NV 89135
*Counsel for National Consumer Telecom & Utilities Exchange, Inc.*

IT IS SO ORDERED:

_____
UNITES STATES DISTRICT JUDGE

DATED: January 29, 2025

STIPULATION                               - 2 -